**Order filed September 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00522-CV

_____

**JOSE JUAN MALDONADO, Appellant**

**V.**

**YELLOWFIN LOAN SERVICING CORP., AS THE SUCCESSOR IN INTEREST TO SUMMIT MORTGAGE CORPORATION, Appellee**

---

**On Appeal from the County Court at Law No. 2
Tarrant County, Texas
Trial Court Cause No. 2020-004152-2**

---

## O R D E R

The clerk's record was filed July 25, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Final Summary Judgment signed June 6, 2022.

The Tarrant County Clerk is directed to file a supplemental clerk's record on or before September 12, 2022, containing the Final Summary Judgment signed June 6, 2022.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.